**FILED**

JUL 10 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-MJ-00103-SKO |
| Plaintiff, | ORDER TO UNSEAL COMPLAINT |
| v. | |
| FERNANDO HERNANDEZ-HERNANDEZ, | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint

filed on July 2, 2018 be unsealed and become public record.

DATED: 7/10/18

The Honorable Stanley A. Boone
UNITED STATES MAGISTRATE JUDGE

MOTION AND PROPOSED ORDER TO UNSEAL                    2